UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                    Plaintiff,

          -v-

THE PREMISES AND REAL PROPERTY WITH          07-CV-00648A
BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS AT 358, 364, AND 366 GRANT,
STREET, BUFFALO, NEW YORK, THAT IS, ALL
THAT TRACT OR PARCEL OF LAND, SITUATE
IN THE CITY OF BUFFALO, COUNTY OF
ERIE, AND STATE OF NEW YORK, AND MORE
PARTICULARLY DESCRIBED IN A CERTAIN
DEED RECORDED IN THE ERIE COUNTY
CLERK'S OFFICE IN LIBER 11007 OF
DEEDS AT PAGE 5337,

                    Defendant.
_____


## **ORDER OF FORFEITURE**


     **WHEREAS**, Randall Parker is the only claimant to the defendant

properties known as 358, 364, and 366 Grant Street, Buffalo, New

York; and


     **WHEREAS**, plaintiff and claimant have entered into a settlement

agreement providing that the claimant agreed to forfeit the

aforementioned defendant properties; and


     **WHEREAS**, the government published notice of the forfeiture

action in the Buffalo Law Journal on December 20,

December 27, 2007, and January 3, 2008, and no claimant or entity

responded to the notice; and

**WHEREAS**, the following parties and entities were noticed of the pending forfeiture action thereby allowing them the opportunity to submit a claim asserting their interest in the properties:

    (A)  Credit Acceptance Corp.
    (B)  Chief Clerk of the City Court of Buffalo
    (C)  Debra Jarosz, c/o Erie County OSCE Scu
    (D)  Erie County Department of Social Services
    (E)  New York State Department of Taxation and Finance
    (F)  Erie County Real Property & Taxation
    (G)  Buffalo Sewer Authority
    (H)  Buffalo Public Works/User Fee
    (I)  City of Buffalo, Tax Department

and because said persons and entities failed to file a Claim by the deadline date, it is now hereby

**ORDERED**, that the persons and entities above-listed are now and forever precluded and barred from asserting any right or interest in the properties listed above; and it is further

**ORDERED**, that the properties commonly known as 358, 364, and 366 Grant Street, Buffalo, New York, are now hereby forfeited to the government pursuant to Title 21, United States Code, Section 881 (a)(7), for its disposal according to law; and it is further

**ORDERED**, that the terms and conditions set forth in the Stipulated Settlement filed in this Court on February 6, 2008,

- 2 -

whereby the claimant, Randall Parker, agreed to forfeit said properties shall be enforced; and it is further

**ORDERED**, that this Court shall retain jurisdiction in this action to resolve any disputes that may arise and shall give full force and effect to this pleading.


SO ORDERED.

s/ *Richard J. Arcar*a
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: February 12, 2008